**STATE v. SANDERS**

[367 N.C. 207 (2013)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | Gaston County |
| | ) | |
| | ) | |
| TRAVIS KENYEL SANDERS | | |

No. 315P13

## ORDER

Defendant's petition for writ of certiorari is allowed for the limited purpose of remanding to the Court of Appeals for further remand to the trial court for resentencing upon a single conviction for sale or delivery of cocaine and upon a single conviction for possession of cocaine.